# N THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Richard Herda and Kim Herda, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No.  06 C 6036 |
| Professional Account Management, LLC, a Wisconsin limited liability company, | ) | Judge Darrah |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiffs, Richard Herda and Kim Herda, having reached a settlement with the Defendant, hereby stipulates to the dismissal of this action with prejudice, with the District Court retaining jurisdiction to enforce the terms of the Settlement Agreement and Release, which agreement is attached as Exhibit A.

Dated: January 2, 2007

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Bonnie C. Dragotto
Gomolinski & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, with the District Court retaining jurisdiction to enforce the terms of the Settlement Agreement and Release.

Dated: _____

_____
Judge Darrah, United States District Judge

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 2, 2007 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following party via U.S. Mail.

Professional Account Management, LLC
c/o Michael P. Smith
Hinshaw & Culbertson, LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60465

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com