## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release is entered into by Richard Herda and Kim Herda ("the "Herdas"), and Professional Account Management, LLC ("PAM"), as of December 8, 2006. The Herdas claim they were subject to collection actions from PAM which violated the Fair Debt Collection Practices Act, § 1692, et seq. ("FDCPA"). The Herdas claim, therefore, that PAM is liable to them for damages, costs and attorneys' fees as a result. Accordingly, The Herdas filed a Complaint against PAM, styled Richard Herda and Kim Herda v. Professional Account Management, LLC, No. 06 C 6036 (N.D. Ill.). PAM denies that its actions violated the FDCPA, or any other law, in any manner whatsoever.

To settle the Herdas' claims against PAM, and without admitting any liability for same, PAM agrees to pay the Herdas the sum of $3,000 for the Herdas' alleged claim for damages. PAM also agrees to request deletion of the negative credit report from the Herdas' credit history that PAM reported regarding their alleged TCF Bank debt (Account No. 2955891). Lastly, PAM will pay $5,750 to the Herdas' attorneys for their attorneys' fees and costs. The $8,750 settlement amount shall be made payable solely to the Gomolinski & Philipps, Ltd., Fiduciary Account (EIN #36-4325073), and shall be sent to David J. Philipps at Gomolinski & Philipps, Ltd., 9760 South Roberts Road, Suite One, Palos Hills, Illinois, 60465.

In consideration for performance of PAM's obligations under this Settlement Agreement and Release, the Herdas agree to release and forever discharge PAM, its general and limited partners, shareholders, members, officers, directors, parents, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, present and

1


EXHIBIT A

former employees and agents and insurance carriers, of and from all causes of action, suits, claims and demands whatsoever, in law or in equity, known or unknown at this time, which the Herdas now have or ever had against PAM, its general and limited partners, shareholders, members, officers, directors, parents, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, present and former employees and agents and insurance carriers, based upon the collection actions or any violation of the FDCPA referenced above from the beginning of the world to the date of this Agreement. Moreover, the Herdas agree to dismiss the above lawsuit with prejudice, with the District Court retaining jurisdiction to enforce the terms of this Agreement.

IN FURTHER CONSIDERATION of the foregoing amounts paid, the attorneys for the Herdas, both individually and on behalf of their law firm, release all claims for attorneys' liens against PROFESSIONAL ACCOUNT MANAGEMENT, LLC, HINSHAW & CULBERTSON, LLP, PROFESSIONAL ACCOUNT MANAGEMENT, LLC'S INSURER, in connection with the foregoing settlement of claims by the Herdas. The undersigned counsel represent and certify that no other person is entitled to any sum for attorneys' fees in connection with the aforementioned claims, and agrees to defend, indemnify and to save harmless if any person shall assert any claim for attorneys' fees in connection with the matters released herein.

The parties agree that no party shall be deemed to have drafted this Agreement. This Agreement shall be interpreted according to the laws of the State of Illinois for all state law issues, and according to Federal law for all other issues. This Agreement constitutes the entire agreement of the parties and cannot be modified except by written

agreement signed by all parties. Except as needed to enforce the terms of this Agreement, the parties agree to keep the terms of this Agreement confidential. This Agreement shall become effective upon its execution, which may be executed in counterparts.

Dated: December 8, 2006

_____
Richard Herda

_____
Kim Herda

_____
David J. Philipps
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465

Professional Account Management, LLC

By: _____
Its: Sr. V.P. - Operations

3